FILED ___ RECEIVED
___ ENTERED ___ SERVED ON
COUNSEL/PARTIES OF RECORD

MAY 17 2013

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| GREAT BASIN RESOURCE WATCH, WESTERN SHOSHONE DEFENSE PROJECT, <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF THE INTERIOR; AMY LUEDERS, BLM State Director, and CHRISTOPHER J. COOK, BLM Mt. Lewis Field Manager, <br><br> Defendants. | 3:13-cv-078-RCJ-VPC <br><br> **ORDER** |

Currently before the Court is a Motion to Permit Appearance of Government Attorneys (#10).

## DISCUSSION

The U.S. Attorney for the District of Nevada requests that this Court permit Dean K. Dunsmore and Ruth Ann Storey to practice before this Court in all matters on behalf of the federal defendants in this case. (Mot. to Permit (#10) at 1). Mr. Dunsmore and Ms. Storey are attorneys with the U.S. Department of Justice, Environment & Natural Resources Division in Anchorage, Alaska, and Washington, D.C. respectively. (*Id.* at 1-2). Mr. Dunsmore and Ms. Storey are both in good standing with their respective state bars. (*Id.*).

Nevada Local Rule IA 10-3 provides that: "*Unless otherwise ordered by the Court*, any nonresident attorney who is a member in good standing of the highest court of any state, commonwealth, territory or the District of Columbia, who is employed by the United States as an attorney and, while being so employed, has occasion to appear in this Court on behalf of

the United States, shall, upon motion of the United States Attorney or the Federal Public Defender for this District or one of the assistants, be permitted to practice before this Court during the period of such employment." Nev. Loc. R. IA 10-3 (emphasis added).

The Court denies the motion to permit appearance at this time. Before the Court will permit Mr. Dunsmore and Ms. Storey to practice before this Court, the Court requires a showing that the Nevada admitted Assistant United States Attorneys in our judicial district are incapable of handling this matter.

## CONCLUSION

For the foregoing reasons, IT IS ORDERED that the Motion to Permit Appearance of Government Attorneys (#10) is DENIED.

DATED: This 17th day of May, 2013.

_____
United States District Judge