# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| GREAT BASIN RESOURCE WATCH; WESTERN SHOSHONE DEFENSE PROJECT, <br><br> Plaintiffs, <br> vs. <br><br> UNITED STATES BUREAU OF LAND MANAGEMENT; UNITED STATES DEPARTMENT OF THE INTERIOR; AMY LUEDERS, BLM State Director, CHRISTOPHER J. COOK, BLM Mt. Lewis Field Manager, <br><br> Defendants, <br> and <br><br> EUREKA MOLLY, LLC, <br><br> Defendant/Intervenor | Case No.: 3:13-CV-78-RCJ(VPC) <br><br> **MINUTE ORDER** <br><br> July 11, 2013 |

**MINUTE ORDER IN CHAMBERS:**

Presently before the Court are:

[#18]   Eureka Moly, LLC's Unopposed Motion to Intervene and Memorandum in Support;

[#26]   Eureka Moly, LLC's Motion for Leave to Provisionally File Its Opposition to Plaintiffs' Motion for a Preliminary Injunction (Opposition attached);

[#27]   Eureka Moly, LLC's Motion for Leave to Provisionally File Its Opposition to Plaintiffs' Motion for Order Regarding Scope of any Hearing on Pending Motion for Preliminary Injunction (Opposition attached);

[#30]   Eureka Moly, LLC's Motion for Leave to Provisionally File Its Answer to Plaintiffs' Complaint for Declaratory and Injunctive Relief (Answer attached); and

1  [#31]  Plaintiffs' Unopposed Motion for Leave to File A Consolidated Reply Brief;

2  IT IS HEREBY ORDERED that motions [18, 26, 27, 30 & 31] are GRANTED.

3  IT IS FURTHER ORDERED that the Clerk of the Court shall detach pleadings and
4  file accordingly.

5  **IT IS SO ORDERED** this 11th day of July, 2013.

_____
ROBERT C. JONES
United States Chief District Judge