DANIEL G. BOGDEN
United States Attorney

GREG ADDINGTON
Assistant United States Attorney
Nevada Bar. No.6875
100 West Liberty Street, Suite 600
Reno, Nevada 89501
Phone: (775)334-3347
Facsimile: (775)784-5381
Email: Greg.Addington@usdoj.gov

Attorneys for the Federal Defendants.

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| GREAT BASIN RESOURCE WATCH, WESTERN SHOSHONE DEFENSE PROJECT,<br><br>        Plaintiffs,<br><br>    vs.<br><br>UNITED STATES DEPARTMENT OF THE INTERIOR; AMY LUEDERS, BLM State Director, and CHRISTOPHER J. COOK, BLM Mt. Lewis Field Manager,<br><br>        Defendants,<br><br>EUREKA MOLY, LLC.<br><br>        Defendant-Intervenor. | Case No. 3:13-cv-00078-RCJ-VPC |

FEDERAL DEFENDANTS' UNOPPOSED
MOTION TO AMEND SCEDULING ORDER

Pursuant to Fed. R. Civ. P. 7, Defendants United States Department of the Interior,; Amy

Lueders, BLM State Director, and Christopher J. Cook, BLM Mt. Lewis Field Manager  (collectively,

1

1 "Federal Defendants") respectfully move for a modification of the scheduling order entered by this

2 Court on October 10, 2013 (ECF No. 53).

3 The current scheduling order provides that response to summary judgment motions will be filed

4 no later than December 23, 2013 and replies will be filed no later than January 24, 2013. Those dates

5 were established in response to Plaintiffs' Unopposed Motion to Amend Briefing Schedule (ECF No.

6 52).

7 Deadlines in other cases including responses to emergency motions have made it difficult for

8 counsel to comply with this schedule. Therefore, Federal Defendants move for a modification to this

9 schedule providing that responses will be filed no later than January 22, 2013 and replies will be filed

10 no later February 21, 2013.

11 Counsel for Plaintiffs and Intervenor-Defendants have confirmed that they do not oppose this

12 motion.

13 For the foregoing reasons, Defendants respectfully request that the Court grant this motion and

14 enter an order making this modification to the scheduling order.

15 Respectfully submitted the 12th day of December, 2013.

DANIEL G. BOGDEN
United States Attorney

/s/ Greg Addington
GREG ADDINGTON
Assistant United States Attorney

IT IS SO ORDERED

Dated this 20th day of December, 2013.

_____
ROBERT C. JONES

2