UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| GREAT BASIN RESOURCE WATCH; WESTERN SHOSHONE DEFENSE PROJECT,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES BUREAU OF LAND MANAGEMENT; UNITED STATES DEPARTMENT OF THE INTERIOR; AMY LUEDERS, BLM State Director, and CHRISTOPHER J. COOK, BLM Mt. Lewis Field Manager,<br><br>Defendants.<br><br>EUREKA MOLY, LLC.,<br><br>Defendant-Intervenor. | Case No. 3:13-cv-00078-RCJ-VPC |

**Judgment**

Consistent with the Court's Order (ECF 63) dated July 23, 2014, denying Plaintiffs' Motion for Summary Judgment (ECF 56), and consistent with the Joint Proposed Case Management and Briefing Schedule (ECF. 51), which provides that "all claims raised in [the Plaintiffs'] complaint will be resolved by their motion for summary judgment, or waived – thereby resolving the entire case via this motion," the Joint Motion for Entry of Judgment is <u>granted</u> and Judgment is hereby entered pursuant to Rule 58, Fed. R. Civ. P., in favor of the Federal Defendants and Defendant-Intervenor and against Plaintiffs on all claims in the Complaint.

_____
UNITED STATES DISTRICT JUDGE
Dated this 1st day of August, 2014.

1